IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX C. TANNER,

      Petitioner,             No. CIV S-07-1233 FCD GGH P

  vs.

KUMA DEBOO, Warden,

      Respondent.         ORDER

_____/

      Petitioner, a federal inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee. Respondents will be directed to file a response to petitioner's application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent is directed to file a response within thirty days from the date of this order.

      2. Any reply by petitioner is due on or before thirty days from the date the response is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

\\\\\

\\\\\

1

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED: 7/13/07            /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
tann1233.100f