IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX C. TANNER,

       Petitioner,                      No. CIV S-07-1233 FCD GGH P

    vs.

KUMA DEBOO, Warden,

       Respondent.               ORDER

_____/

       Petitioner, a federal inmate proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 29, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Respondent has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. The undersigned disagrees with those cases determining that the Program Statement setting the time constraints for review of placement is not related to the discredited placement regulation itself. As the magistrate judge

1

found, a procedural device which gives effect to the concededly invalid placement regulation is as erroneous as the placement regulation itself.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 29, 2008 (#13), are adopted in full;

2. Respondent's motion to dismiss the petition as premature, filed on August 8, 2007 (#9), is denied;

3. A stay of this matter is imposed, pending adjudication of Rodriguez v. Smith, C.A. No. 07-16014, Civ. No. 07-0190 LJO DLB HC, now on appeal in the Ninth Circuit; and

4. Within five (5) days of a ruling in Rodriguez, supra, respondent shall inform the court of the appellate court's decision.

DATED: March 20, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE