IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX C. TANNER,

    Petitioner,        No. CIV S-07-1233 FCD GGH P

  vs.

KUMA DEBOO, Warden,

    Respondent.        ORDER

/

        Petitioner, a federal inmate proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Order, filed on 3/21/08, a stay in this matter was imposed, pending adjudication of Rodriguez v. Smith, C.A. No. 07-16014, Civ. No. 07-0190 LJO DLB HC, now on appeal in the Ninth Circuit. Respondent was directed to inform the court of the appellate court's decision in Rodriguez, supra, within five days of the ruling in that matter.

        Petitioner now brings a request for leave to supplement and modify his petition (# 19), in light of the April 9, 2008, enactment of the Second Chance Act of 2007.[1] Petitioner failed to submit a proposed amended petition with his request. Petitioner's defective request is denied

---

[1] See Pub. L. 110-199, 122 Stat. 657; 18 U.S.C. §§ 3621, 3624; chapter 153 of Title 42; 42 U.S.C. §§ 17501, et seq., §§ 17551 et seq., and subchapters XV-A, XV-B, and XX-A of chapter 46 of Title 42, 42 U.S.C.A. §§ 3797q et seq., 3797s et seq., and 3797dd et seq.

1

without prejudice. Should petitioner seek leave to lift the stay and proceed on an amended petition relying on the Second Chance Act of 2007, and no longer on the BOP regulation implicated by Rodriguez, supra, the basis upon which the stay was granted, he may file a motion to lift the stay along with an amended petition without reference to the issues raised in the original petition, within thirty days. Should he seek leave to amend the petition after the stay in this matter is lifted following the Ninth Circuit's adjudication of Rodriguez, he may do so at that time, raising each and every ground upon which he wishes to proceed.

IT IS SO ORDERED.

DATED: 06/30/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
tann1233.ord