IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX C. TANNER,

    Petitioner,                    No. CIV S-07-1233 FCD GGH P

  vs.

KUMA DEBOO, Warden,

    Respondent.                    ORDER

_____/

        Petitioner, a federal inmate proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Order, filed on 6/30/08, the court issued an order, noting that on 3/21/08, a stay in this matter had been imposed, pending adjudication of Rodriguez v. Smith, C.A. No. 07-16014, Civ. No. 07-0190 LJO DLB HC, in the Ninth Circuit Court of Appeals. Respondent in the 3/21/08 Order was directed to inform the court of the appellate court's decision in Rodriguez, supra, within five days of the ruling in that matter.

        In the 6/30/08 Order, the court observed that petitioner had, nevertheless, brought a request for leave to supplement and modify his petition (# 19), in light of the April 9, 2008, enactment of the Second Chance Act of 2007.[1] Petitioner failed to submit a proposed amended

---

[1] See Pub. L. 110-199, 122 Stat. 657; 18 U.S.C. §§ 3621, 3624; chapter 153 of Title 42; 42 U.S.C. §§ 17501, et seq., §§ 17551 et seq., and subchapters XV-A, XV-B, and XX-A of

1

petition with his request and the defective request was denied without prejudice; however, petitioner was granted leave to seek to lift the stay and proceed on an amended petition relying on the Second Chance Act of 2007, and no longer on the BOP regulation implicated by Rodriguez, supra, the basis upon which the stay was granted.  Petitioner was told that he could file a motion to lift the stay along with an amended petition without reference to the issues raised in the original petition, within thirty days.  Petitioner was also informed that should he seek leave to amend the petition after the stay in this matter is lifted following the Ninth Circuit's adjudication of Rodriquez, he might do so at that time, raising each and every ground upon which he wishes to proceed.

        Subsequently, petitioner filed a motion to lift the stay, on 7/28/08, along with a proposed amended petition seeking to proceed only upon his challenge based on the Second Chance Act of 2007.   On 9/05/08, respondent filed notice that the Ninth Circuit had ruled in Rodriguez v Smith, C.A. No. 07-16014.  The district court's order therein was affirmed, granting the writ of habeas corpus.  Thereafter, petitioner filed a second proposed amended petition, on 9/15/08, followed by a supplemental "clarification of prayer for relief," within the clarification, he seeks to incorporate all of his grounds for relief.  Petitioner cannot proceed in this action on piecemeal filings.  L. R. 15-220.  Petitioner also filed an amended request to lift the stay.

        Accordingly, IT IS ORDERED that:

        1. Petitioner's motion to lift the stay, filed on 7/28/08 (# 21), is denied as premature;

        2. Petitioner's "notice," filed on 9/15/08 (# 26), wherein petitioner seeks, inter alia, to have the stay in this matter lifted, is construed as an amended motion to lift the stay and is granted;

        3. Petitioner is granted leave to file a third amended petition incorporating all of

---

chapter 46 of Title 42, 42 U.S.C.A. §§ 3797q et seq., 3797s et seq., and 3797dd et seq.

his claims/grounds for relief, in one document, within thirty days;

    4. Respondent must file an answer within thirty days from the filing of the third amended petition, including with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application;

    3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

DATED: 9/29/08                        /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:009
tann1233.ord2